# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCIE OLA WRIGHT, JR.,<br><br>      Petitioner,<br><br>vs.<br><br>CONNIE GIBSON,<br><br>      Respondent. | Civil No. 15-0112 LAB (BLM)<br><br>**SUMMARY DISMISSAL OF SUCCESSIVE PETITION PURSUANT TO 28 U.S.C. § 2244(b)(3)(A) GATEKEEPER PROVISION** |

  Petitioner, Ocie Ola Wright, Jr., a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 together with a request to proceed in forma pauperis. The Court does not rule on Petitioner's request to proceed in forma pauperis because this case is summarily dismissed pursuant to 28 U.S.C. § 2244(b)(3)(A) as indicated below.

## **PETITION BARRED BY GATEKEEPER PROVISION**

  The instant Petition is not the first Petition for a Writ of Habeas Corpus Petitioner has submitted to this Court challenging his February 16, 2006, conviction in San Diego Superior Court case No. SCN164338. On December 4, 2008, Petitioner filed in this Court a Petition for Writ of Habeas Corpus in case No. 08cv2255 JM (PCL). In that petition, Petitioner challenged his conviction in San Diego Superior Court case No. SCN164338 as well. On May 18, 2009, this Court dismissed the petition as untimely.

1  (*See* Order filed May 18, 2009 in case No. 08cv2255 JM (PCL), ECF No. 19.) Petitioner
2  appealed that determination. On April 27, 2012, the Ninth Circuit Court of Appeals
3  affirmed this Court's dismissal. (*See* Order in *Wright v. McDonald*, No. 09-55905 (9th
4  Cir. Apr. 27, 2012), ECF No. 35.) Petitioner subsequently filed another petition for writ
5  of habeas corpus pursuant to 28 U.S.C. § 2254 in this Court on August 21, 2013. (*See*
6  case no. 13cv1958 H (JMA).) The case was dismissed as successive on September 6,
7  2013. (*See* Order dated Sept. 6, 2013 in case no. 13cv1958 H (JMA), ECF No. 10.)

8      Petitioner is now seeking to challenge the same conviction he challenged in his
9  prior federal habeas petitions. Unless a petitioner shows he or she has obtained an Order
10 from the appropriate court of appeals authorizing the district court to consider a
11 successive petition, the petition may not be filed in the district court. *See* 28 U.S.C.
12 § 2244(b)(3)(A); *McNabb v. Yates*, 576 F.3d 1028, 1030 (9th Cir. 2009) (holding that
13 dismissal for failure to comply with one-year statute of limitations renders subsequent
14 petitions challenging the same conviction or sentence "second or successive" under
15 2244(b)). Here, there is no indication the Ninth Circuit Court of Appeals has granted
16 Petitioner leave to file a successive petition.

## CONCLUSION

18     Because there is no indication Petitioner has obtained permission from the Ninth
19 Circuit Court of Appeals to file a successive petition, this Court cannot consider his
20 Petition. Accordingly, the Court **DISMISSES** this action without prejudice to Petitioner
21 filing a petition in this court if he obtains the necessary order from the Ninth Circuit
22 Court of Appeals. ***The Clerk of Court is directed to mail Petitioner a blank***
23 ***"Application For Leave To File Second Or Successive Petition or Motion Under 28***
24 ***U.S.C. § 2254 Or § 2255," together with a copy of this Order.***

25     **IT IS SO ORDERED.**

26 DATED: March 12, 2015

*/s/ Larry A. Burns*

HONORABLE LARRY ALAN BURNS
United States District Judge